**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
**Sydney Padgett**, OSB #233832
Email: spadgett@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| IRA FEFFERMAN, an individual, | Case No. 3:26-cv-1538 |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | **JURY TRIAL DEMANDED** |
| RV RETAILER OREGON, LLC d/b/a BLUE COMPASS RV, a Delaware limited liability company, | |
| Defendant. | Removed from Circuit Court of the State of Oregon for the County of Deschutes |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON AND TO PLAINTIFF AND PLAINTIFF'S ATTORNEY OF RECORD:**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant RV Retailer Oregon, LLC d/b/a Blue Compass RV ("RV Retailer") hereby removes the above-captioned case to the United States

Page 1 - **NOTICE OF REMOVAL**

District Court for the District of Oregon, Eugene Division. The grounds for removal are as follows:

## BACKGROUND

1.    Plaintiff Ira Fefferman ("Plaintiff") commenced this action against RV Retailer in the Circuit Court of Deschutes County, Oregon, Case No. 26CV31835, on June 24, 2026. A copy of the Summons and Complaint in that action are attached hereto as **Exhibits 1** and **2**.  The Summons and Complaint constitute all process, pleadings, and orders served on RV Retailer in that action up to the present date. RV Retailer has filed no pleadings in that action.

2.    Complete diversity exists for RV Retailer to remove this case to the District of Oregon and the conditions under 28 U.S.C. § 1441 are otherwise satisfied.

3.    RV Retailer has submitted a Notice of Filing of Notice of Removal, and a copy of this Notice of Removal, for filing with the Circuit Court of Deschutes County, Oregon, as required by 28 U.S.C. § 1446(d). Copies of these papers have been served on Plaintiff's counsel as verified by the proof of service below.

VENUE (28 U.S.C. § 1441(a))

4.    Federal law permits defendants sued in state court to remove a "civil action . . . of which the district courts of the United States have original jurisdiction . . . to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Because Deschutes County, Oregon, is within this Court's judicial district, this Court "embrac[es] the place where [this] action is pending" and has removal jurisdiction under 28 U.S.C. § 1441(a).

5.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 105(a)(1) and 1441(a) because the United States District Court for the District of Oregon, Eugene Division, is the federal

Page 2 -    **NOTICE OF REMOVAL**

SCHWABE, WILLIAMSON &
WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:503-222-9981

judicial district and division that covers the Circuit Court of Deschutes County, Oregon, where this action was originally filed.

## THIS COURT HAS DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332

6.     Federal law defines this Court's "original jurisdiction" to include actions where (1) there is complete diversity between plaintiffs and defendants, and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332.

7.     Diversity jurisdiction exists under 28 U.S.C. § 1332 and this case falls within this Court's jurisdiction under 28 U.S.C. § 1441(a) because (1) there is complete diversity between Plaintiff and RV Retailer; and (2) the amount in controversy exceeds $75,000 exclusive of interest and costs.

8.     Plaintiff is an individual who resides in Deschutes County, Oregon. *See* **Exhibit 1**, Complaint ¶ 1. Accordingly, Plaintiff is a citizen of Oregon for diversity purposes. 28 U.S.C. § 1332(a).

9.     RV Retailer is a limited liability company. For purposes of the Court's diversity jurisdiction, an LLC's citizenship is that of each of its members. *See Johnson v. Columbia Props. Anchorage*, LP, 437 F.3d 894, 899 (9th Cir. 2006). As set forth below, RV Retailer's members and sub-members are citizens of the following states and therefore RV Retailer's citizenship for purposes of diversity jurisdiction is in: (1) Texas; (2) Florida; (3) Arizona; (4) Maryland; (5) Pennsylvania; (6) Georgia; and (7) Washington, D.C. RV Retailer is not a citizen of Oregon because none of its members or sub-members are citizens of Oregon.

a.  RV Retailer's sole member is Blue Compass RV, LLC.

Page 3 -   **NOTICE OF REMOVAL**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:503-222-9981

b. Blue Compass RV, LLC's sole member is RV Retailer Intermediate Floorplan Holdings II, LLC.

c. RV Retailer Intermediate Floorplan Holdings II, LLC's sole member is RV Retailer Intermediate Floorplan Holdings I, LLC.

d. RV Retailer Intermediate Floorplan Holdings I, LLC's sole member is RVR Dealership Holdings, LLC.

e. RVR Dealership Holdings, LLC's sole member is RVRH Holdings, LLC.

f. RVRH Holdings, LLC's sole member is RVR Intermediate Holdings, LLC.

g. RVR Intermediate Holdings, LLC's members are (i) RV Retailer Intermediate Holdings, LLC and (ii) RCI RV Retailer Holdings, LLC.

    i. RV Retailer Intermediate Holdings, LLC's sole member is Blue Compass Holdings, LLC.

        (1) Blue Compass Holdings, LLC's members are the following:

            (a) Ferrando Enterprises II, LLC, whose sole member is The Kathryn L. Ferrando 2021 Irrevocable Trust.

                (i) The Kathryn L. Ferrando 2021 Irrevocable Trust's trustee is Jon Ferrando (hereinafter "Ferrando").

                    1) Ferrando is domiciled in and therefore a citizen of Florida.

            (b) JPF RV Retail Holdings, LLC, whose sole member is Ferrando.

Page 4 -   **NOTICE OF REMOVAL**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:503-222-9981

(c) JPF Investment Holdings, LLC, whose members are The Emily Taylor Ferrando 2014 Irrevocable Trust and The Jackson Thomas Ferrando 2014 Irrevocable Trust.

    (i)    The Emily Taylor Ferrando 2014 Irrevocable Trust and The Jackson Thomas Ferrando 2014 Irrevocable Trust's trustee is Jeff Baskies, who is domiciled in and therefore a citizen of Florida.

(d) RRIR RV Retail Holdings, LLC, whose sole member is Raul Rodriguez (hereinafter "Rodriguez").

    (i)    Rodriguez is domiciled in and therefore a citizen of Florida.

(e) RR RV Capital Holdings, LLC, whose sole member is Rodriguez.

(f) CCG Investments, LLC, whose sole member is Carl Glenn (hereinafter "Glenn").

    (i)    Glenn is domiciled in and therefore a citizen of Florida.

(g) CCG Holdings B, LLC, whose sole member is Glenn.

(h) Kurt Hornung, who is domiciled in and therefore a citizen of Texas.

(i) Taylore Elliott, who is domiciled in and therefore a citizen of Texas.

SCHWABE, WILLIAMSON &
WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:503-222-9981

(j) Tim Benter (hereinafter "Benter"), who is domiciled in and therefore a citizen of Arizona.

(k) TMB Holdings I, LLC, whose sole member is The THMB Family Trust, an Arizona trust.

    (i)    THMB Family Trust's trustees are Benter and Holly Benter.

        1)  Holly Benter is domiciled in and therefore a citizen of Arizona.

(l) Jennifer Robinson, who is domiciled in and therefore a citizen of Texas.

(m) Donny O'Banion, who is domiciled in and therefore a citizen of Texas.

(n) David Ostlund, who is domiciled in and therefore a citizen of Texas.

(o) The Chaney 2021 Irrevocable Trust FBO Scott Chaney, a Texas trust, whose trustees are Sean Chaney (hereinafter "Chaney") and Scott Chaney.

    (i)    Scott Chaney and Chaney are domiciled in and therefore citizens of Texas.

(p) The Sean Chaney 2021 Irrevocable Trust, a Texas trust, whose trustee is Chaney.

SCHWABE, WILLIAMSON &
WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:503-222-9981

  (q) The Erin Chaney Stevenson 2021 Irrevocable Trust, a Texas trust, whose trustee is Erin Chaney Stevenson.

    (i) Erin Chaney Stevenson is domiciled in and therefore a citizen of Texas.

ii. RCI RV Retailer Holdings, LLC, whose sole member is RCI RV Retailer Holdings I, LLC.

  (1) RCI RV Retailer Holdings I, LLC's sole member is Redwood Holdings, LLC.

    (a) Redwood Holdings, LLC's members are the following:

      (i) James C. Davis (hereinafter "Davis"), who is domiciled in and therefore a citizen of Maryland.

      (ii) The Kim J. Davis 2012 Irrevocable Trust, a Maryland trust, whose trustee is Davis.

      (iii) The Oak Investment Trust, a Maryland trust, whose trustees are:

        1) Fred S. Riley (hereinafter "Riley") and Randall Sones (hereinafter "Sones"), who are domiciled in and therefore citizens of Florida.

        2) Alan Butler (hereinafter "Butler") and Michael Bison (hereinafter "Bison"), who are domiciled in and therefore citizens of Maryland.

Page 7 - **NOTICE OF REMOVAL**

SCHWABE, WILLIAMSON &
WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:503-222-9981

(iv)   The Oak Investment Trust II, a Maryland trust, whose trustees are Riley, Sones, Butler, and Bison.

(v)   The Elm Investment Trust, a Maryland trust, whose trustees are Riley, Sones, Butler, and Bison.

(vi)   The Pine Investment Trust, a Maryland trust, whose trustees are Riley, Sones, Butler, and Bison.

(vii)   The McConnel Family Trust, a Maryland trust, whose trustee is Kim Davis.

      1)   Kim Davis is domiciled in and therefore a citizen of Florida.

(viii)   The James C. Davis Trust for the Benefit of Brian J. Davis, a Maryland trust, whose trustees are Sones, Butler, and Bison.

(ix)   The Davis Family ESBT, a Pennsylvania trust, whose trustees are William G. Davis and Deborah Davis.

      1)   William G. Davis and Deborah Davis are domiciled in and therefore citizens of Pennsylvania.

(x)   The William G. and Deborah A. Davis Irrevocable Family Trust (2012), a Pennsylvania trust, whose trustees are Davis and Brian Davis.

SCHWABE, WILLIAMSON &
WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:503-222-9981

    1) Brian Davis is domiciled in and therefore a citizen of Pennsylvania.

(xi) The Carey Family Irrevocable Trust, a Maryland trust, whose trustee is Marianne Schmitt Hellauer (hereinafter "Hellauer").

    1) Hellauer is domiciled in and therefore a citizen of Maryland.

(xii) The Michael Salandra 1998 Trust, a Maryland trust, whose trustee is Erin Kathleen Barnes.

    1) Erin Kathleen Barnes is domiciled in and therefore a citizen of Pennsylvania.

(xiii) LMS Redwood Investments, LLC. Its members are Michale Salandra, Lesley Salandra, and the 2012 Michael W. Salandra Family Trust, a Maryland trust, whose trustee is Jonathan D. Eisner.

    1) Michale Salandra, Lesley Salandra, and Jonathan D. Eisner are domiciled in and therefore citizens of Maryland.

(xiv) The 2019 SJB Family Trust, a Florida trust, whose trustees are Renee Bisciotti (hereinafter "Bisciotti"), Ryland Sumner (hereinafter "Sumner"), and Butler.

Page 9 -    **NOTICE OF REMOVAL**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:503-222-9981

        1) Bisciotti is domiciled in and therefore a citizen of Florida.

        2) Sumner is domiciled in and therefore a citizen of a Maryland.

(xv) The 2021 SJB Family Trust, a Florida trust, whose trustees are Bisciotti, Sumner, and Butler.

(xvi) The Trust f/b/o Jason Bisciotti, a Maryland trust, whose trustee is Michael C. Bisciotti.

        1) Michael C. Bisciotti is domiciled in and therefore a citizen of Georgia.

(xvii) Carey-Redwood Investors, LLC. Its sole member is Meritage Irrevocable Trust, a Maryland trust, whose trustee is Hellauer.

(xviii) The Juniper Investment Trust, a Florida trust, whose trustees are Elizabeth H. Ridley and Michael D. Annis.

        1) Elizabeth H. Ridley and Michael D. Annis are domiciled in and therefore citizens of Florida.

(xix) RCI Managers, LLC. Its members are Butler, David Watson, Ryan Mostrom, Kevin Loden, and Patrick Sissman.

        1) David Watson and Ryan Mostrom are domiciled in and therefore citizens of Maryland.

Page 10  **NOTICE OF REMOVAL**

SCHWABE, WILLIAMSON &
WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:503-222-9981

2) Kevin Loden is domiciled in and therefore a citizen of Washington, D.C.

3) Patrick Sissman is domiciled in and therefore a citizen of Washington, D.C.

10.    Because Plaintiff is a citizen of Oregon and RV Retailer is a citizen of (1) Texas; (2) Florida; (3) Arizona; (4) Maryland; (5) Pennsylvania; (6) Georgia; and (7) Washington, D.C., complete diversity exists between Plaintiff and RV Retailer.

## THE AMOUNT IN CONTROVERSY IS SATISFIED

11.    The amount in controversy requirement of 28 U.S.C. § 1332 is satisfied. Under 28 U.S.C. § 1332(a), the amount in controversy in a case in which federal jurisdiction is based on diversity of citizenship must exceed $75,000, exclusive of interest and costs. While RV Retailer denies that Plaintiff is entitled to any monetary or other relief, it is plain from the allegations and relief sought by Plaintiff in the Complaint that the amount in controversy exceeds the jurisdictional threshold. Specifically, Plaintiff seeks on the face of the Complaint damages totaling $169,962.00 *See* **Exhibit 1**, Complaint ¶ 18. Plaintiff's allegations confirm the amount in controversy exceeds $75,000, exclusive of interest and costs.

12.    Both requirements under 28 U.S.C. § 1332 are satisfied and vest this Court with diversity jurisdiction.

## THIS NOTICE OF REMOVAL IS TIMELY

13.    A defendant must remove an action to federal court within 30 days from the date on which it was served with process. 28 U.S.C. § 1446(b).

Page 11    **NOTICE OF REMOVAL**

SCHWABE, WILLIAMSON &
WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-222-9981

14.     RV Retailer was served with the Complaint and Summons on June 25, 2026, through its registered agent. *See* **Exhibits 1–2**. RV Retailer is removing this action within 30 days from the date on which it was served. Thus, this Notice of Removal is timely. *See* 28 U.S.C. §§ 1446(b); *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344 (1999).

## THIS NOTICE OF REMOVAL IS PROPER

15.     In accordance with 28 U.S.C. § 1446(b), copies of "all process, pleadings, and orders served upon" RV Retailer in this action are attached as **Exhibit 1** and **2**.

16.     In accordance with local and civil rules, the initiating Civil Cover Sheet is attached as **Exhibit 3**.

17.     Pursuant to 28 U.S.C. § 1446(d), the undersigned certifies that promptly after the filing of this Notice of Removal in this Court, a Notice of Removal will be filed in the Circuit Court of Deschutes County, Oregon, and will be served on all parties.

WHEREFORE, RV Retailer gives notice that the above-captioned litigation has been removed from the Circuit Court of Deschutes County, Oregon, to the United States District Court for the District of Oregon, Eugene Division.

Dated this 24th day of July, 2026.

SCHWABE, WILLIAMSON & WYATT, P.C.

By:     */s Anne M. Talcott*
        Anne M. Talcott, OSB #965325
        Email: atalcott@schwabe.com
        Sydney Padgett, OSB #233832
        Email: spadgett@schwabe.com
        SCHWABE, WILLIAMSON & WYATT
        1211 SW 5th Ave., Suite 1800
        Portland, OR 97204

*Of Attorneys for Defendant*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:503-222-9981

## CERTIFICATE OF SERVICE

I hereby certify that on 24th day of July, 2026, I caused to be served the following

**NOTICE OF REMOVAL** on:

J. Todd Key  
JTK LAW, LLC  
14110 SW Tennessee Lane  
Beaverton, Oregon 97008  
Telephone: (970) 278-0820  
Email: todd@jtk-law.com  

*Attorneys for Plaintiff*

☒ First Class Mail  
☐ Electronic Service  
☐ Email  
☒ Other: Courtesy Email  

*/s Anne M. Talcott*
Anne M. Talcott

141694\298698\51338038.1

Page 1 -    **CERTIFICATE OF SERVICE**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-222-9981

6/24/2026 3:28 PM
26CV31835

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF DESCHUTES

| | |
|---|---|
| **IRA FEFFERMAN,** | Case No. _____ |
| Plaintiff, | **COMPLAINT (Unlawful Trade Practices Act--ORS 646.607 *et seq.*)** |
| v. | |
| **RV RETAILER OREGON, LLC d/b/a BLUE COMPASS RV** | **(Prayer Amount $169,962.00)** <br> **ORS Fee Statute: ORS 21.160(c)** |
| Defendants. | **JURY TRIAL DEMANDED** |

For his Complaint against RV Retailer Oregon, LLC d/b/a Blue Compass RV (collectively, "Blue Compass"), Plaintiff Ira Fefferman hereby alleges as follows:

<u>**PARTIES AND JURISDICTION**</u>

1.

Plaintiff is an individual and resident of Deschutes County Oregon.

2.

Defendant Blue Compass is a domestic limited liability company engaged in the business of recreational vehicle sales and is registered to transact business in the State of Oregon.

3.

Jurisdiction and venue are proper because Defendant is engaged in business in Deschutes County, Oregon, and the conduct alleged and damage suffered by Plaintiff occurred in Deschutes County, Oregon.

Page 1 – **COMPLAINT**

**EXHIBIT 1**
**Page 1 of 5**

**JTK LAW, LLC**
14110 SW Tennessee Ln.
Beaverton, OR 97008
P (971) 278-0820 | todd@jtk-law.com

## FACTS

4.

In or around June 2025, Plaintiff approached Blue Compass to discuss the purchase of a 2025 Brinkley Model G 3970, VIN 7T0FG4734SB002045 (the "Brinkley Fifth Wheel"). The Brinkley Fifth Wheel was advertised and listed for sale by Blue Compass. Plaintiff intended to purchase the Brinkley Fifth Wheel for household or personal use.

5.

The Brinkly Fifth Wheel is a premium large travel trailer with a large bedroom, bathroom, living and kitchen area as well as a garage which can be used as storage for ATVs and other vehicles. Those vehicles can be loaded and unloaded from the travel trailer from a ramp that can double as patio.

6.

Because Plaintiff intended to use the Brinkly Fifth Wheel for extended cross-country travel while storing his gasoline-powered golf cart in the Brinkley Fifth Wheel's garage. Plaintiff made certain to discuss the Gross Vehicle Weight Rating and Gross Axle Weight Rating with representatives of Blue Compass to ensure that the trailer was fit for Plaintiff's purposes.

7.

At or around the time of purchase, representatives of Blue Compass represented to Plaintiff that the Brinkley Fifth Wheel could safely operate and travel with a payload of 5000 pounds, and that the entire payload could be stored in the garage of the Brinkley Fifth Wheel. Blue Compass' representatives assured Plaintiff that he could safely travel with his golf cart stowed inside the Brinkley Fifth Wheel.

8.

Blue Compass further represented to Plaintiff that the Brinkley Fifth Wheel was roadworthy and did not disclose any material defects or nonconformities of the Brinkley Fifth Wheel. Blue Compass further represented to Plaintiff that an extensive pre-delivery inspection

Page 2 – **COMPLAINT**

**EXHIBIT 1**
**Page 2 of 5**

**JTK LAW, LLC**
14110 SW Tennessee Ln.
Beaverton, OR 97008
P (971) 278-0820 | todd@jtk-law.com

of the Brinkley Fifth Wheel would be conducted, along with an orientation of the Brinkley Fifth Wheel's systems.

9.

Plaintiff purchased the Brinkley Fifth Wheel on or around June 28, 2025. The total purchase price of $169,962.00 included a down payment of $5,000.00.

10.

By February, 2026 it became clear that Blue Compass had misrepresented the condition of the Brinkley Fifth Wheel and its ability to handle Plaintiff's cross-country travel. Plaintiff noticed stress fractures in the wall of the Brinkley Fifth Wheel near the driver's side slide-out, indicating that the structure of the Brinkley Fifth Wheel may have been compromised.

11.

In or around April 2026, the Brinkley Fifth Wheel's axle bolt snapped while Plaintiff was on a cross-country trip. Plaintiff had weighed the Brinkley Fifth Wheel multiple times while on the trip to ensure that he had not exceeded the trailer's weight ratings. Plaintiff later determined that the axle hanger bolts were installed incorrectly, and the axle was not installed straight.

12.

As a result of these and other incidents, it has become clear that the Brinkley Fifth Wheel is defective, unsafe and not roadworthy. Plaintiff has been unable to use the Brinkley Fifth Wheel for significant periods of time while it was inoperable. Blue Compass has been unable to identify and repair damage to the Brinkley Fifth Wheel.

13.

Blue Compass knew or should have known of the Brinkley Fifth Wheel's material defects at or before the time of Plaintiff's purchase. Because of Defendants' unlawful misrepresentations and omissions, Plaintiff was induced to enter a transaction with Blue Compass that he would not have entered but for Defendants' misrepresentations. Plaintiff therefore seek rescission of the purchase or, in the alternative, actual damages in an amount to be proven at trial.

Page 3 – **COMPLAINT**

**EXHIBIT 1**
**Page 3 of 5**

**JTK LAW, LLC**
14110 SW Tennessee Ln.
Beaverton, OR 97008
P (971) 278-0820 | todd@jtk-law.com

**FIRST CLAIM FOR RELIEF (Against all Defendants)**

**Unlawful Trade Practices**

14.

Plaintiff re-alleges and incorporate paragraphs 1 – 13, and further allege:

15.

Plaintiff purchased Defendants' goods for family or household use.

16.

Defendants committed one or more violations of Oregon's Unlawful Trade Practices Act ("UTPA") in that:

(a) Defendants represented that the Brinkley Fifth Wheel had characteristics, uses, benefits, quantities or qualities that their goods did not have in violation of ORS 646.608(1)(e);

(b) Defendants represented that the Brinkley Fifth Wheel was of a particular standard, quality or grade when the provided goods were of another in violation of ORS 646.608(1)(g);

(c) Defendants advertised the goods with intent not to provide the goods as advertised in violation of ORS 646.608(1)(i);

(d) Defendants failed to disclose any known material defect of material nonconformity with delivery of the Brinkley Fifth Wheel in violation of ORS 646.608(1)(t);

17.

Defendants' conduct was willful, in that Defendants knew or should have known their conduct violated the UTPA.

18.

Page 4 – **COMPLAINT**

**EXHIBIT 1**
**Page 4 of 5**

**JTK LAW, LLC**
14110 SW Tennessee Ln.
Beaverton, OR 97008
P (971) 278-0820 | todd@jtk-law.com

As a result of Defendants' violations as described above, Plaintiff has been damaged in an amount to be proven at trial, but not less than $169,962.00, plus pre-judgment interest pursuant to ORS 82.010. Plaintiff is also entitled to an award of costs and attorney fees pursuant to ORS 646.638(3).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief as follows:

1. On his First Claim for Relief:

a. An order rescinding the contract and for restitution, or in the alternative, an award of actual damages in an amount to be proven at trial but not less than $169,962.00 including incidental and consequential damages;

b. Pre-judgment interest pursuant to ORS 82.010;

c. An award of reasonable attorney fees, costs and disbursements;

d. Such other relief as the Court deems just and proper.

DATE: June 24, 2026

s/ *J. Todd Key*
J. Todd Key, OSB 190694
JTK Law, LLC
14110 SW Tennessee Lane
Beaverton, Oregon 97008
Telephone: (970) 278-0820
todd@jtk-law.com
*Attorney for Plaintiff*

Trial Attorney: J. Todd Key, OSB 190694

Page 5 – **COMPLAINT**

**EXHIBIT 1**
**Page 5 of 5**

**JTK LAW, LLC**
14110 SW Tennessee Ln.
Beaverton, OR 97008
P (971) 278-0820 | todd@jtk-law.com

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF DESCHUTES

| | |
|---|---|
| IRA FEFFERMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>RV RETAILER OREGON, LLC d/b/a BLUE COMPASS RV<br><br>            Defendants. | Case No. 26CV31835<br><br>**SUMMONS** |

To:    RV Retailer Oregon, LLC d/b/a Blue Compass RV, through its registered agent CT Corporation System, 780 Commercial St. SE, Suite 100, Salem, Oregon 97301.

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in the case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint/counterclaim.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "Appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the defendant's attorney or, if the defendant does not have an attorney, proof of service upon the defendant.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| J. Todd Key | OSB #190694 |
| ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED) | BAR NO. (IF ANY) |

JTK Law LLC
14110 SW Tennessee Lane
                        ADDRESS

| | | | |
|---|---|---|---|
| Beaverton | OR | 97201 | (971) 278-0820 |
| CITY | STATE | ZIP | PHONE |

STATE OF OREGON;    )
County of Washington    ) ss.

I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

**JTK LAW, LLC**
14110 SW Tennessee Ln.
Beaverton, OR 97008
P (971) 278-0820 | todd@jtk-law.com

**EXHIBIT 2**
**Page 1 of 1**

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Ira Fefferman

**DEFENDANTS**

RV Retailer Oregon, LLC d/b/a Blue Compass RV

**(b)** County of Residence of First Listed Plaintiff Deschutes
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Broward, Florida
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

J. Todd Key, JTK Law, LLC, 14110 SW Tennessee Lane, Beaverton, OR 97008

Attorneys *(If Known)*

Schwabe, Williamson & Wyatt, P.C., 1211 SW 5th Avenue, Suite 1800, Portland, OR 97204

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | | | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court |
| ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Secs 1332, 1441, and 1446

Brief description of cause:
Unlawful trade practices action

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**EXHIBIT 3**
**Page 1 of 1**